THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD DUPREE and HERMAN DUPREE, Appellants.

Argued April 6, 1949; decided May 19, 1949.

*Nicholas Pecora, Caesar B. F. Barra, Morris Dickman* and *Ralph J. Barra* for Harold Dupree, appellant.

*Rudolph Stand, John Cardone* and *Jacob Markowitz* for Herman Dupree, appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Charles W. Manning* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.